AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Sal Cortese

**SUMMONS IN A CIVIL CASE**

**03 cv 12294 DPW**

CASE NUMBER:

TO: (Name and address of Defendant)

Sal Cortese
50 Garden Parkway
Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 17 2003

DATE



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

February 9, 2004

I hereby certify and return that on 2/4/2004 at 11:25 am I served a true and attested copy of the summons, complaint, civil action cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Sal Cortese, 50 Garden Parkway Norwood, MA 02062 and by mailing first class mail to the above-mentioned address on 2/4/2004. Conveyance ($4.50), Copies-Attestation ($10.00), Basic Service Fee ($20.00), Postage and Handling ($3.00), Travel ($8.96) Total Charges $46.46

*Deputy Sheriff*

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.