UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: **03cv12294 DPW** |
| Plaintiff | ) **AFFIDAVIT OF ATTORNEY FOR** |
| | ) **PLAINTIFF'S REQUEST FOR DEFAULT** |
| vs. | ) |
| Sal Cortese | ) |
| Defendant | ) |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On November 17, 2003, the Plaintiff filed a Complaint against the Defendant, **Sal Cortese**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On February 4, 2004, the said Defendant was served by leaving the pertinent documentation at the **last and usual** place of abode of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

Page 1

6. I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

Respectfully Submitted for the Plaintiff,
DIRECTV, INC.
By Its Attorney,

3/1/04
Date

John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Sal Cortese )<br>)<br>Defendant ) | Case No.: **03cv12294 DPW**<br><br>**ORDER FOR NOTICE OF REQUEST<br>FOR DEFAULT** |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk

Page 1

EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Sal Cortese

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 cv 12294 DPW

TO: (Name and address of Defendant)

Sal Cortese
50 Garden Parkway
Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 17 2003

DATE



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

February 9, 2004

I hereby certify and return that on 2/4/2004 at 11:25 am I served a true and attested copy of the summons, complaint, civil action cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Sal Cortese, 50 Garden Parkway Norwood, MA 02062 and by mailing first class mail to the above-mentioned address on 2/4/2004. Conveyance ($4.50), Copies-Attestation ($10.00), Basic Service Fee ($20.00), Postage and Handling ($3.00), Travel ($8.96) Total Charges $46.46

_____
Deputy Sheriff James E. Riggs                                                      Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.