## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,
    Plaintiff,

      v.                     CIVIL ACTION
                             NO.03-12294-DPW

SAL CORTESE,
    Defendant

### NOTICE OF DEFAULT

WOODLOCK, D.J.


    Upon application of the Plaintiff for an Order of Default for failure of the Defendant SAL CORTESE, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant SAL CORTESE has been defaulted this date.


                    BY THE COURT,


                    /s/ Rebecca Greenberg
              Deputy Clerk

Dated: March 8, 2004