UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc., <br> a California Corporation, <br>     Plaintiff, <br> vs. <br> Salvatore Cortese, <br>     Defendant | Case No.: 03cv12294 DPW |

## ANSWER OF SALVATORE CORTESE

COMES NOW the Defendant, Sal Cortese, pro se, appearing specially and preserving his objections to the venue of this Court, as more fully set forth below, states and avers as follows for his answer to the Complaint of the Plaintiff herein.

1.

This defendant denies generally and specifically each and every material allegation contained in the complaint of the plaintiff except that which may be hereinafter admitted.

2.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 1 of the Complaint, and therefore denies the same, and demands strict proof thereof.

3.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 2 of the Complaint, and therefore denies the same, and demands strict proof thereof.

4.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 3 of the Complaint, and therefore denies the same, and demands strict proof thereof.

5.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 4 of the Complaint, and therefore denies the same, and demands strict proof thereof.

6.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 5 of the Complaint, and therefore denies the same, and demands strict proof thereof.

7.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 6 of the Complaint, and therefore denies the same, and demands strict proof thereof.

8.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 7 of the Complaint, and therefore denies the same, and demands strict proof thereof.

9.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 8 of the Complaint, and therefore denies the same, and demands strict proof thereof.

10.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 9 of the Complaint, and therefore denies the same, and demands strict proof thereof.

11.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 10 of the Complaint, and therefore denies the same, and demands strict proof thereof.

12.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 11 of the Complaint, and therefore denies the same, and demands strict proof thereof.

13.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 12 of the Complaint, and therefore denies the same, and demands strict proof thereof.

14.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 13 of the Complaint, and therefore denies the same, and demands strict proof thereof.

15.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 14 of the Complaint, and therefore denies the same, and demands strict proof thereof.

16

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 15 of the Complaint, and therefore denies the same, and demands strict proof thereof.

17.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 16 of the Complaint, and therefore denies the same, and demands strict proof thereof.

18

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 17 of the Complaint, and therefore denies the same, and demands strict proof thereof.

19.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 18 of the Complaint, and therefore denies the same, and demands strict proof thereof.

20.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 19 of the Complaint, and therefore denies the same, and demands strict proof thereof.

21.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 20 of the Complaint, and therefore denies the same, and demands strict proof thereof.

22.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 21 of the Complaint, and therefore denies the same, and demands strict proof thereof.

23.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 22 of the Complaint, and therefore denies the same, and demands strict proof thereof.

24.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 23 of the Complaint, and therefore denies the same, and demands strict proof thereof.

25.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 24 of the Complaint, and therefore denies the same, and demands strict proof thereof.

26.

For further answer and defense, this Defendant states that he has no knowledge as to the allegations contained in paragraph 25 of the Complaint, and therefore denies the same, and demands strict proof thereof.

## VENUE

To the extent that the Plaintiff has asserted a proper cause of action, Defendant admits that the venue would be appropriate in this district.

## COUNT I – UNAUTHORIZED RECEPTION OF SATELLITE SIGNALS IN VOILATION OF 42 U.S.C. §605(a)

Defendant realleges and reincorporates his answers to Paragraphs 1 through 26, above, as fully set forth herein.

Defendant denies the allegations contained in Paragraph 27 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 28 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 29 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 30 and demands strict proof thereof.

## COUNT II – UNAUTHORIZED INTERECEPTION OF ELECTRONIC COMMUNICATIONS IN VOILATION OF 18 U.S.C. §2511(1)

Defendant realleges and reincorporates his answers to Paragraphs 1 through 26, above, as fully set forth herein.

Defendant denies the allegations contained in Paragraph 31 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 32 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 33 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 34 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 35 and demands strict proof thereof.

## COUNT III – ASSISTING IN THE UNAUTHORIZED USE/INTERECEPTION SIGNALS IN VOILATION OF 47 U.S.C. §605

Defendant realleges and reincorporates his answers to Paragraphs 1 through 26, above, as fully set forth herein.

Defendant denies the allegations contained in Paragraph 36 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 37 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 38 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 39 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 40 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 41 and demands strict proof thereof.
Defendant denies the allegations contained in Paragraph 42 and demands strict proof thereof.

## COUNT IV – ASSEMBLY, MANUFACTURE AND/OR MODIFICATION OF DEVICES OR EQUIPMENT IN VIOLATION OF 47 U.S.C. §605

Defendant realleges and reincorporates his answers to Paragraphs 1 through 26, above, as fully set forth herein.

Defendant denies the allegations contained in Paragraph 43.
Defendant denies the allegations contained in Paragraph 44.
Defendant denies the allegations contained in Paragraph 45.
Defendant denies the allegations contained in Paragraph 46.
Defendant denies the allegations contained in Paragraph 47.
Defendant denies the allegations contained in Paragraph 48.

## AFFIRMATIVE DEFENSES

COMES NOW, Defendant, Salvatore Cortese, and sets forth the following Affirmative Defenses to Plaintiff, DIRECT TV, INC., a California corporation, and states as follows:

## FIRST AFFIRMATIVE DEFENSE

For further answer and defense, this Defendant denies that Plaintiff's claims under each of the separate causes of action states facts upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

For further answer and defense, this Defendant states that to the extent Plaintiff cannot demonstrate an interception of its commercial product, as contrasted with commercial products of others, it has no standing herein.

## THIRD AFFIRMATIVE DEFENSE

For further answer and defense, to the extent Plaintiff seeks equitable relief, Defendant alleges that Plaintiff is guilty of laches and unclean hands, and is not entitled to the requested relief.

## FOURTH AFFIRMATIVE DEFENSE

For further answer and defense, this Defendant alleges that to the extent Plaintiff sought identical relief in its mesne litigations throughout the country and has been denied such relief, it is collaterally estopped from requesting the same relief against this Defendant instanter. By way of example, and without limitation to other such rulings, appended hereto District of Florida, Orlando Division, in the case of DirecTV, Inc. v. Thacker, et al., case no. 6:03-CV-239-Orl-28DAB, specifically find that Plaintiff's claims made against this Defendant allegedly arising under 18 U.S.C.§ 2512 and § 2502 do not plead facts upon which relief can be granted. Further, and again without limitation, the United States District Court for the Eastern District of Michigan, in DirecTV v. Eugene Karpinsky, case no. 2002-CV-73929, the Court has determined that possession of the devices of which Plaintiff complains, absent evidence of interception of Plaintiff's property, is insufficient, as a matter of law, to support a finding of liability under 18 U.S.C. § 2511, 18 U.S.C.§ 2512, 47 U.S.C. § 605, or to support a state law claim of conversion. To the extent that Defendant has sought identical relief in other courts, including, but not limited to those identified above, and has been denied such relief, it is collaterally estopped and barred from requesting said relief against this Defendant.

## FIFTH AFFIRMATIVE DEFENSE

For further answer and defense, this Defendant denies that Plaintiff, even under the facts as pled, would be entitled to the relief requested.

## SIXTH AFFIRMATIVE DEFENSE

For further and defense, this Defendant states that to the extent Plaintiff seeks statutory penalties, such statutory penalties are unconstitutionally vague and capricious as no standards are set for the application of such penalties.

### SEVENTH AFFIRMATIVE DEFENSE

For further answer and defense, this Defendant specifically denies that to the extent Plaintiff attempts to assert claims of violation of 18 U.S.C. §§ 2511 and 2512, that such statutes set forth aright of a private cause of action.

### EIGHTH AFFIRMATIVE DEFENSE

For further answer and defense, this Defendant pleads all affirmative defenses available to him which may be supported by the evidence upon the completion of discovery.

_____ 3/5/2004
Salvatore Cortese
Pro se