UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc., <br> a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Salvatore Cortese, <br><br> Defendant | Case No.: 03cv12294 DPW |

TO: THE HONORABLE JUDGE WOODLOCK

## MOTION TO DISMISS

The defendant, Sal Cortese, pro se, submits this Motion to Dismiss Count III of Plaintiff's, DIRECTV, INC. complaint and states:

1. This is a Motion to Dismiss for failing to state a cause of action under 18 U.S.C. §2512.
2. The Plaintiff alleges in its multi-count complaint that the Defendant violated 18 U.S.C. §2512 and is seeking monetary damages for such a violation.
3. 18 U.S.C. §2512 is a criminal statute, under which there is no civil liability. In fact 18 U.S.C. §2520 is the statue under Chapter 18 that provides for any civil liability and the acts that are criminally prohibited under 18 U.S.C. §2512 are clearly not included in §2512.
4. Since 18 U.S.C. §2512 does not provide a private right of action, the Plaintiff, a California Corporation, lacks standing to bring an action thereupon, can not state an action for damages thereupon, and accordingly should be dismissed. Please attached exhibits, Granting motion to dismiss 18 U.S.C. § 2512 claim, filed in Eastern District of Virginia (June 20, 2003). Case # 3:03cv355. Similar litigations throughout the country