```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

DIRECTV,
   Plaintiff

CIVIL ACTION NO. 03-12294-DPW

v.

SAL CORTESE,
   Defendant

### SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised that the above-entitled action has been settled with respect to all parties;

   IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or a Consent Decree or an Agreement for Judgment with the Court no later than **DECEMBER 8, 2004.**

                                         BY THE COURT,

                                         /s/ Michelle Rynne
                                         Deputy Clerk

DATED: November 8, 2004